IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Briggs, Jeremiah

Printed: 10/7/08

Case Number: 08 B 14590
Judge: Goldgar, A. Benjamin
Filed: 6/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 701.81 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 982.38 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 440.04 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,071.40 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 1,265.03 | 0.00 |
|  |  |  | $ 4,460.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

